CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Telephone: (702) 385-1954
Facsimile: (702) 385-9081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JONATHAN MACARTHUR,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT,
a political subdivision of the STATE OF
NEVADA; OFFICER PAUL QUINTEROS
P# 9055 individually and in his capacity as
a police officer employed by the LAS VEGAS
METROPOLITAN POLICE DEPARTMENT;
DOE OFFICERS I through X, inclusive
and JOHN DOES I through X, inclusive.

    Defendants.

Case No.: 2:10-cv-01173-JCM-PAL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JONATHAN MACARTHUR, by and through his attorney of record, CAL J. POTTER, III, ESQ. of POTTER LAW OFFICES, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPT., et al., by and through their attorneys of record, THOMAS D. DILLARD, ESQ., and hereby stipulate and agree to dismiss all claims brought by Plaintiff JONATHAN MACARTHUR against the LAS VEGAS METROPOLITAN POLICE DEPT., et al., with prejudice.

///
///
///
///

IT IS ALSO STIPULATED that each party is to bear their respective costs and fees.

DATED this 23 day of Augsut, 2011.

POTTER LAW OFFICES

By: _____
CAL J. POTTER, III ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 23 day of Augsut, 2011.

OLSON, CANNON, GORMLEY & DESRUISSEAUX

By: _____
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorney for Defendants*

IT IS SO ORDERED.

DATED this 26th day of August, 2011.

_____
U.S. DISTRICT COURT JUDGE

2